UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**UNITED STATES OF AMERICA**                                                                                                    **PLAINTIFF**

**VS**                                                                                      **CRIMINAL ACTION NO. 1:07CR-52-R**

**VICTOR BRAUN**                                                                                                                **DEFENDANT**

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY IN FELONY CASE

This matter has been referred to Magistrate Judge James D. Moyer by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The Defendant, by consent and with retained counsel, Maria Davila,, appeared before me and entered a plea of guilty to the lesser included offense of conspiring to distribute 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, as defined by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841 (a) (1), pursuant to a Rule 11 (c)(1)(B) plea agreement. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to the lesser offense mentioned in paragraph three of the plea agreement, and that the offense charged was supported by an independent basis in fact concerning each of the essential elements of such an offense. I therefore recommend that the plea of guilty be accepted, and that the Defendant be adjudged guilty and have a sentence imposed accordingly. The defendant shall have ten

(10) days to file any objections to this recommendation pursuant to F.R.C.P. 72(b), or waive the opportunity to do so.

**IT IS HEREBY ORDERED** that the defendant shall remain detained in the custody of the United States Marshal Service pending sentencing before the District Court.

September 25, 2009

*James D. Moyer*
**James D. Moyer**
**United States Magistrate Judge**

Official Court Reporter:   Dena Legg

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

0 | 30