## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION
## CRIMINAL ACTION NO.  1:07-CR-52-04--R

UNITED STATES OF AMERICA                                                                             PLAINTIFF

V.

VICTOR BRAUN (4)                                                                                            DEFENDANT

### ORDER

Pursuant to the Report and Recommendation of Magistrate Judge James D. Moyer, the plea of guilty by the Defendant to the lesser included offense of conspiracy to distribute 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, as defined by Title 21, United States Code, Section 812, in violation of 'Title 21, United States Code, Section 841(a)(1) is hereby accepted, and the Defendant is adjudged guilty of such an offense.

Sentencing is hereby scheduled for **January 19, 2010 at 12:00 Noon in Louisville, Kentucky**.

**IT IS SO ORDERED.**


cc:     Counsel/AUSA
        US Probation
        US Marshal


0|0